United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 97-4146WA

| | | |
|---|---|---|
| Dennis Joslin, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Arkansas. |
| | * | |
| Scott-Kinnear, Inc.; Cago, Inc., | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: April 13, 1998
Filed: April 22, 1998

_____

Before FAGG and HANSEN, Circuit Judges, and STROM,* District Judge.

_____

PER CURIAM.

Dennis Joslin appeals the district court's adverse grant of summary judgment holding that the renewal promissory note Joslin sues on is not secured by a mortgage on real estate located in Logan County, Arkansas. Having reviewed the record and the parties' submissions, we agree with the district court's analysis and conclude that an extensive discussion is not warranted. We thus affirm on the basis of the district court's well-reasoned opinion. See 8th Cir. R. 47B.

_____

*The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska, sitting by designation.

A true copy.

Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.